JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>REBECCA ANAYA, et al.,<br><br>　　　　　Defendants. | No. 5:21-cv-01302-RGK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing and this action is dismissed with prejudice

Dated: August 16, 2021

_____
R. GARY KLAUSNER
United States District Judge